IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**HARVIE JOHNSON, JR., Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 2:21-cv-2144-PKH

**DRIVEN BRANDS, INC., and DRIVEN**                          **DEFENDANTS**
**BRANDS SHARED SERVICES, LLC**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Harvie Johnson, Jr., Portia Williams, Leonard Creekbaum and Xaqilya Johnson, and Defendants Driven Brands, Inc., and Driven Brands Shared Services, LLC, by and through their undersigned counsel, for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Plaintiff Harvie Johnson, Jr. brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*. *See* ECF No. 2.

2. Following Plaintiff Harvie Johnson Jr.'s Motion for Conditional Certification, this Court granted conditional certification of the following collective class of individuals: "All Arkansas Site Managers employed by Defendants since December 20, 2019." *See* ECF No. 14.

3. Notice and Consent to Join forms were distributed to 28 potential Plaintiffs. Ultimately, three individuals, Portia Williams, Leonard Creekbaum and Xaqilya Johnson, submitted signed Consent to Join forms, joining the lawsuit as party-plaintiffs. *See* ECF

Page 1 of 3
Harvie Johnson, Jr., et al. v. Driven Brands, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:21-cv-2144-PKH
Joint Stipulation of Dismissal with Prejudice

Nos. 20-22.

4. After arm's length negotiations in which Plaintiffs and Defendants were represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

5. Due to the small size of the collective, all Plaintiffs were consulted regarding the settlement and all Plaintiffs have signed the settlement agreement.

6. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

7. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Page 2 of 3
Harvie Johnson, Jr., et al. v. Driven Brands, Inc., et al.
U.S.D.C. (W.D. Ark.) Case No. 2:21-cv-2144-PKH
Joint Stipulation of Dismissal with Prejudice

        Respectfully submitted,

        **HARVIE JOHNSON, JR., PORTIA WILLIAMS, LEONARD CREEKBAUM, and XAQILYA JOHNSON, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **DRIVEN BRANDS, INC., and DRIVEN BRANDS SHARED SERVICES, LLC, DEFENDANTS**

        JACKSON LEWIS P.C.
        1115 Peachtree Street, Suite 1000
        Atlanta, Georgia 30309
        Telephone: (404) 525-8200

        */s/ Eric R. Magnus*
        Eric R. Magnus
        Georgia Bar No. 801405
        eric.magnus@jacksonlewis.com

**Page 3 of 3**
**Harvie Johnson, Jr., et al. v. Driven Brands, Inc., et al.**
**U.S.D.C. (W.D. Ark.) Case No. 2:21-cv-2144-PKH**
**Joint Stipulation of Dismissal with Prejudice**