IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**Harvie Johnson, Jr.**                                                    PLAINTIFF

V.                                      2:21-2144

Driven Brands, Inc., et al                                                 DEFENDANT

### CLERK'S ORDER OF DISMISSAL

The Plaintiff has filed a Stipulation of Dismissal (document #23) pursuant to Rule 41 (a)(1)(A)(ii) Federal Rules of Civil Procedure.

IT IS ORDERED hereby dismissed with prejudice.

> AT THE DIRECTION OF THE COURT
> JAMIE GIANI, CLERK
>
> *Jessica Michael*
> By: /s/ Jessica Michael
> Deputy Clerk